No. 254, Misc. WILLIAMS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 256, Misc. McGHEE *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 259, Misc. IRBY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 261, Misc. NETHERY *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 267, Misc. SAVAIANO *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 271, Misc. McGEE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 272, Misc. MOHLER *v.* MICHIGAN ET AL. Supreme Court of Michigan. Certiorari denied.

No. 273, Misc. MULHERN *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 274, Misc. KIRSCH *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 278, Misc. SUPERO *v.* ILLINOIS. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 282, Misc. BLACKMON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.